

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-17-00121-CV

DONNA SIBLEY                                                                    APPELLANT

V.

MUTUAL HOLDINGS SERIES C,                                          APPELLEE
LLC

------------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 2017-001485-1

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

Appellant Donna Sibley's brief was originally due on July 31, 2017. After granting two motions for extension, Appellant's deadline for filing her brief was December 11, 2017. Appellant did not file her brief.

On January 3, 2018, we notified Appellant that her brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless Appellant filed with the court by January 16, 2018, an appellant's brief and

---

[1]*See* Tex. R. App. P. 47.4.

a motion reasonably explaining the failure to file an appellant's brief and the need for an extension. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have not received any response.

Because Appellant has failed to file a brief after having been given an opportunity to provide a reasonable explanation for the failure, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

PER CURIAM

PANEL:  WALKER, MEIER, and GABRIEL, JJ.

DELIVERED:  February 15, 2018